**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KAREN S. PEDDIE et al.,

    Plaintiffs,

v.                               CASE NO. 4:13cv649-RH/CAS

LIBERTY COUNTY SCHOOL BOARD
etc., et al.,

    Defendants.

_____/

## ORDER DISMISSING COUNT IV

The consented motion, ECF No. 5, to dismiss count IV of the complaint is GRANTED. Count IV is dismissed. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on February 5, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge