IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN S. PEDDIE et al.,

    Plaintiffs,

v.        CASE NO. 4:13cv649-RH/CAS

LIBERTY COUNTY SCHOOL BOARD
etc., et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND TO
## THE MOTION FOR JUDGMENT ON THE PLEADINGS

The consented motion, ECF No. 20, to extend the deadline to respond to the motion for judgment on the pleadings is GRANTED. The deadline is extended to March 10, 2014.

SO ORDERED on March 5, 2014.

        s/Robert L. Hinkle
        United States District Judge