IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN S. PEDDIE et al.,

    Plaintiffs,

v.                                    CASE NO. 4:13cv649-RH/CAS

LIBERTY COUNTY SCHOOL BOARD
etc., et al.,

    Defendants.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 23, 24, and 26, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of March 1, 2014, ECF No. 19,

IT IS ORDERED:

The Scheduling and Mediation Order of March 1, 2014, ECF No. 19, remains in effect.

SO ORDERED on March 25, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge