# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KAREN S. PEDDIE et al.,

    Plaintiffs,

v.                                      CASE NO. 4:13cv649-RH/CAS

LIBERTY COUNTY SCHOOL BOARD
etc., et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS OF FOUR PLAINTIFFS
## AND DIRECTING THE ENTRY OF JUDGMENT

    Based on these parties' stipulation, ECF No. 30, the claims of the plaintiffs Mandie Fowler, Jason Fowler, Dana S. Burns, and Stephanie Hofheinz are dismissed with prejudice and without the taxation of costs or attorney's fees. I expressly determine that there is no just reason for delay and expressly direct the entry of judgment. *See* Fed. R. Civ. P. 54(b). The claims of the plaintiffs Karen S. Peddie, Kevin Jack Peddie, Kyler Peddie, and Kamille Peddie Mann remain pending.

    SO ORDERED on April 23, 2014.

                                                s/Robert L. Hinkle
                                                United States District Judge